BRUCE A. KILDAY, ESQ., SB No. 066415
J. SCOTT SMITH, ESQ., SB No. 151163
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants SOLANO COUNTY OFFICE OF EDUCATION; SOLANO COUNTY BOARD OF EDUCATION, DEE ALARCÓN, MAYRENE BATES, JOHN GALVAN, MARIA KENNEDY, RAY SILVA, LARRY ASERA, DOUGLAS FORD, and ROZZANA VERDER-ALIGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K., etc., et al. | Case No.: 2:08-cv-00534 MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | |
| SOLANO COUNTY OFFICE OF EDUCATION (SCOE), Dee Alarcón – Superintendent; et al., | |
| Defendants. | |

WHEREAS, this Court granted Defendant SOLANO COUNTY OFFICE OF EDUCATION's motion to dismiss the Plaintiffs' second claim for relief for violation of Section 504 of the Rehabilitation Act, without prejudice to amend the Complaint, on the ground that Plaintiff had not alleged sufficient facts to create an exception to the requirement that Plaintiff would have to exhaust administrative remedies available under the Individuals With Disabilities and Education Act (IDEA);

WHEREAS, Plaintiffs thereafter filed a request for due process hearings before the California Office of Administrative Hearings (OAH) to exhaust remedies available under the IDEA;

{Stipulation with revisions; 00019747}

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, in that proceeding the parties have determined that the injuries for which Plaintiffs claim in this lawsuit are not redressable before the OHA and the parties desire that the claims be litigated in a single forum;

    WHEREAS, Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and .B.W. and L.W. individually and all other students and parents similarly situated have filed a lawsuit in the State of California Superior Court for Solano County naming as parties the same Defendants named in the current lawsuit, and which alleges the same set of operative facts.

    WHEREAS, the parties desire to have their dispute heard in a single forum, and none of the parties wish to be prejudiced by the selection of that forum.

    Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and .B.W. and L.W. individually and all other students and parents similarly situated and Defendants SOLANO COUNTY OFFICE OF EDUCATION, DEE ALARCON, Superintendent (hereinafter "SCOE Defendants"); BENICIA UNIFIED SCHOOL DISTRICT, JANICE ADAMS, Superintendant, CLARE DAVIES, Director of Special Services; BENICIA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, PATRICK HOLLAND, Principal; JOANN SEVERSON, Vice-Principal, and its individual members, (hereinafter "BUSD" Defendants"); KARLA BUCKLEY and SANDRA PEREZ; SHANNON INGERSOLL and RUTH GARCIA; as well as prospective Defendant Jay Speck, submit the following stipulated motion for leave to (1) amend the Complaint to add pendent state claims for relief; (2) to waive the Defendants' Eleventh Amendment immunity defense as it would apply to any pendent state-law based cause of action; and (3) provide that Defendants are entitled to raise any defense that would have been available to them had the new pendent state-law claims remained and venued with the State Superior Court.

///
///
///
///

{Stipulation with revisions; 00019747}

PDF created with pdfFactory trial version www.pdffactory.com

By this motion, Plaintiffs seek to amend the Complaint filed with this Court to allow them to include the causes of action which are currently set forth in *D.K., et al. v. Solano County Office of Education, et al.*, Solano County Superior Court case no. FCS032620, a true and correct copy which is attached hereto as Exhibit A. The purpose of this stipulated request is to allow Plaintiffs to add those causes of action to this lawsuit so that the entire matter may be heard in the same forum. To this end, Defendants stipulate to waive any defenses they might have under the Eleventh Amendment to the United States Constitution that would otherwise bar Plaintiffs from litigating the claims set forth in the state court Complaint in this lawsuit.

Since the intent of the parties is solely to consolidate the two lawsuits into a single action, it is further agreed that Defendants may raise as a defense to the newly added cause of action, any defense that would have been available to the Defendants had the case remained venued in Solano County Superior Court.

The parties further stipulate to consider this matter submitted on this motion pursuant to the Eastern District Court of California Local Rule No. 78-2230(h).

It is further stipulated and agreed that Plaintiffs be given leave to amend to state a claim against SOLANO COUNTY OFFICE OF EDUCATION and the BENICIA UNIFIED SCHOOL DISTRICT under Section 504 of the Rehabilitation Act, and it is further hereby agreed and stipulated that Plaintiffs having initiated an IDEA process was sufficient to satisfy the requirement that Plaintiffs exhaust remedies available under the IDEA and that the injuries Plaintiffs claim to have suffered in this lawsuit would not be redressable through the IDEA.

Upon approval of the Court of this stipulated request that Plaintiffs will forthwith dismiss their Superior Court complaint without prejudice and Plaintiffs shall also dismiss the pending OHA hearing request, without prejudice to re-file it later should this Court determine that it does not have jurisdiction to hear Plaintiffs' claims under Section 504 of the Rehabilitation Act.

///

///

///

///

-3-
STIPULATION

{Stipulation with revisions; 00019747}

PDF created with pdfFactory trial version www.pdffactory.com

1     Further, it is stipulated and agreed that Plaintiffs shall amend the allegations against BSUD Defendants to conform to this Court's order entered on the motion to dismiss SCOE Defendants, save and except the dismissal of Plaintiffs' claim for violation of § 504 of the Rehabilitation Act, which in light of the foregoing, need not be amended as to the BSUD Defendants.

Dated: March 4, 2009      ANGELO, KILDAY & KILDUFF

    */s/ J. Scott Smith*
By:_____
    BRUCE A. KILDAY, SBN 066415
    J. SCOTT SMITH, SBN 151163
    Attorneys for Defendants SOLANO COUNTY OFFICE OF EDUCATION; SOLANO COUNTY BOARD OF EDUCATION, DEE ALARCÓN, MAYRENE BATES, JOHN GALVAN, MARIA KENNEDY, RAY SILVA, LARRY ASERA, DOUGLAS FORD, and ROZZANA VERDER-ALIGA

Dated: March 4, 2009      STUBBS & LEONE

    */s/ Claudia Leed*
By:_____
    CLAUDIA LEED, SBN 122676
    Attorneys for Defendant BENICIA UNIFIED SCHOOL DISTRICT Superintendent Janice Adams, Director of Special Services Clare Davies, BUSD BOARD OF EDUCATION: Jeanne Steinmann-President, Andre Stewart-Member, Rosie Switzer-Clerk, Bonnie Weidel-Member, Dana Dean-Member, Principal Patrick Holland, and Vice-Principal JoAnn Severson,

{Stipulation with revisions; 00019747}

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: March 4, 2009 | JOHNSON, SCHACHTER & LEWIS<br>A Professional Law Corporation<br><br>By: */s/ Robert H. Johnson*<br>_____<br>ROBERT H. JOHNSON, SBN 048067<br>Attorneys for Defendants KARLA<br>BUCKLEY and SANDRA PEREZ |
| Dated: March 4, 2009 | LAPLANTE, SPINELLI, DONALD & NOTT<br><br>By: */s/ Domenic Spinelli*<br>_____<br>DOMENIC SPINELLI, SBN 131192<br>Attorneys for Defendants SHANNON INGERSOLL and RUTH GARCIA |
| Dated: March 3, 2009 | LOUGHREY & WOELFEL<br><br>By: */s/ Robert Woelfel*<br>_____<br>TAMARA LOUGHREY, SBN 227001<br>ROBERT L. WOELFEL, SBN 250343<br>Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and B.W. and L.W. individually and all other students and parents similarly situated |

**ORDER**

**The parties stipulated request is GRANTED. Any amended complaint to be filed by Plaintiffs in accordance with this Order shall be filed not later than April 30, 2009.**

**IT IS SO ORDERED.**

Dated: March 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-5-
STIPULATION

{Stipulation with revisions; 00019747}