LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
KATHERINE A. ALBERTS (SBN: 212825)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
leonel@stubbsleone.com
leedc@stubbsleone.com
albertsk@stubbsleone.com

Attorneys for Defendants
BENICIA UNIFIED SCHOOL DISTRICT,
JANICE ADAMS, CLARE DAVIES,
PATRICK HOLLAND, JOANN SEVERSON, AND
BUSD BOARD OF EDUCATION: JEANNE STEINMANN,
ANDRE STEWART, ROSIE SWITZER, BONNIE WEIDEL,
AND DANA DEAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.K., etc., et al. | Case No.: 2:08-cv-00534 MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| vs. | |
| SOLANO COUNTY OFFICE OF EDUCATION (SCOE), Dee Alarcón – Superintendent; et al., | |
| Defendants. | |

WHEREAS, on March 23, 2009, this Court entered a Stipulated Order agreed to by all parties that allowed Plaintiffs to file a Second Amended Complaint in accordance with the Court's December 2008 rulings on the defendants' motions to dismiss and with the terms set forth in the Stipulated Order;

WHEREAS, Plaintiffs thereafter filed and served their Second Amended Complaint on April 30, 2009;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendants have requested and Plaintiffs have agreed to amend the Second Amended Complaint in order to clarify certain issues that if left as is would violate the Court's December 2008 Orders and the March 2009 Stipulated Order;

WHEREAS, Defendants have requested and Plaintiffs have agreed to strike and/or clarify certain paragraphs in the SAC so as to eliminate issues which are clearly barred as a matter of law;

WHEREAS, allowing Plaintiffs to amend the Second Amended Complaint would avoid the wasting of judicial resources on issues that have already been addressed by the Court or are already established by well settled law;

Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and .B.W. and L.W. individually and all other students and parents similarly situated and Defendants SOLANO COUNTY OFFICE OF EDUCATION ("SCOE"), SOLANO COUNTY BOARD OF EDUCATION and its individual members; DEE ALARCON, Superintendent, MARY ELLEN HADDOCK, and JAY SPECK; BENICIA UNIFIED SCHOOL DISTRICT ("BUSD"), JANICE ADAMS, Superintendant, CLARE DAVIES, Director of Special Services; BENICIA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION and its individual members, PATRICK HOLLAND, Principal, and JOANN SEVERSON, Vice-Principal; KARLA BUCKLEY and SANDRA PEREZ; SHANNON INGERSOLL and RUTH GARCIA submit the following stipulated motion for leave to amend the Second Amended Complaint and file and serve a Third Amended Complaint and hereby agree as follows:

(1) Upon entry of this Stipulated Order by the Court, Plaintiffs shall file their Third Amended Complaint, which is attached hereto as Exhibit A.

(2) Defendants will respond to the Third Amended Complaint within the statutory timeline set by the Federal Rules of Civil Procedure, i.e. within 20 days of the date on which the Third Amended Complaint is filed by Plaintiffs.

Moreover, the parties stipulate that by entering this Stipulation none of the defendants have waived any defenses or arguments with respect to Plaintiffs' remaining claims and the

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Third Amended Complaint. | |
| 2 | The parties further stipulate to consider this matter submitted on this motion pursuant to | |
| 3 | the Eastern District Court of California Local Rule No. 78-2230(h). | |
| 4 | Dated: May ___, 2009 | ANGELO, KILDAY & KILDUFF |
| 5 | | By: /s/ J. Scott Smith (with express permission) |
| 6 | | BRUCE A. KILDAY, SBN 066415 |
| 7 | | J. SCOTT SMITH, SBN 151163 Attorneys for Defendants SOLANO COUNTY OFFICE OF EDUCATION; SOLANO COUNTY BOARD OF EDUCATION, DEE ALARCÓN, MAYRENE BATES, JOHN GALVAN, MARIA KENNEDY, RAY SILVA, LARRY ASERA, DOUGLAS FORD, and ROZZANA VERDER-ALIGA |
| 12 | Dated: May ___, 2009 | STUBBS & LEONE |
| 14 | | By:_____ KATHERINE A. ALBERTS, SNB: 212825 Attorneys for Defendants BENICIA UNIFIED SCHOOL DISTRICT, JANICE ADAMS, CLARE DAVIES, PATRICK HOLLAND, JOANN SEVERSON, AND BUSD BOARD OF EDUCATION: JEANNE STEINMANN, ANDRE STEWART, ROSIE SWITZER, BONNIE WEIDEL, AND DANA DEAN |
| 20 | Dated: May ___, 2009 | JOHNSON, SCHACHTER & LEWIS A Professional Law Corporation |
| 22 | | By:_____ ROBERT H. JOHNSON, SBN 048067 Attorneys for Defendants KARLA BUCKLEY and SANDRA PEREZ |
| 25 | Dated: May ___, 2009 | LAPLANTE, SPINELLI, DONALD & NOTT |
| 27 | | By:_____ DOMENIC SPINELLI, SBN 131192 Attorneys for Defendants SHANNON INGERSOLL and RUTH GARCIA |

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May ___, 2009 | LOUGHREY & WOELFEL |
| 2 | | |
| 3 | | By: /s/ Robert L. Woelfel (with express permission) |
| | | TAMARA LOUGHREY, SBN 227001 |
| 4 | | ROBERT L. WOELFEL, SBN 250343 |
| 5 | | Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and B.W. and L.W. individually and all other students and parents similarly situated |

10 I**T IS SO ORDERED.**

11 Dated: May 22, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com