BRUCE A. KILDAY, ESQ., SBN 066415
J. SCOTT SMITH, ESQ., SBN 151163
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants SOLANO COUNTY OFFICE OF EDUCATION, JAY SPECK, and MARY ELLEN HADDOCK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K., etc., et al. | Case No.: 2:08-CV-00534 MCE-DAD |
| Plaintiffs, | **ORDER FOR LEAVE TO FILE A THIRD PARTY COMPLAINT PURSUANT TO RULE 14(a)** |
| vs. | |
| SOLANO COUNTY OFFICE OF EDUCATION (SCOE), MARY ELLEN HADDOCK, JAY SPECK; et al., | |
| Defendants. | |

### ORDER

Defendant Solano County Office of Education has requested, ex parte, for leave of court to file a Third Party Complaint against Maxim Healthcare Services, Inc.  Good cause having been shown, this Court hereby grants Defendant's request, and orders the Proposed Third Party Complaint to be filed and that Summons be issued for service on Maxim Healthcare Services.

IT IS SO ORDERED.

Dated:  February 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE