LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ.  (SBN: 122676)
STUBBS & LEONE
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendant
BENICIA UNIFIED SCHOOL DISTRICT

# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and all other students and parents similarly situated<br><br>        Plaintiffs,<br><br>vs.<br><br>SOLANO OFFICE OF EDUCATION (SCOE), Mary Ellen Haddock; Jay Speck; BENICIA UNIFIED SCHOOL DISTRICT (BUSD), Karla Buckley, Teacher; Sandra Perez, Classroom Aide; Shannon Ingersoll; Classroom Aide; Ruthie Garcia, Classroom Aide; AND DOES 1-100<br><br>        Defendants. | CASE NO.:  C 08-00534 MCE (DAD)<br><br>**ORDER GRANTING LEAVE TO FILE A THIRD PARTY COMPLAINT PURSUANT TO FED. R. CIV. P. 14 (A)** |

## ORDER

Defendant Benicia Unified School District has requested, ex parte, for leave of court to file a Third Party Complaint against Maxim Healthcare Services, Inc. Good cause having been shown, this Court hereby grants Defendant's request, and orders the Proposed Third Party Complaint to be filed and that Summons be issued for service on Maxim Healthcare Services.

---
PROPOSED] ORDER FOR LEAVE TO FILE A THIRD PARTY COMPLAINT PURSUANT TO RULE 14(a)         C08-00534-MCE (DAD)

1 | IT IS SO ORDERED.

3 | Dated:  February 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE