LOUGHREY & ASSOCIATES
Tamara L. Loughrey, SBN 227001
Justin D. Arnold, SBN 252030
220 4th Street, Suite 103
Oakland, CA  94607
Phone: (510) 891-1254
Fax: (510) 891-1258
Email: tamara@spedattorneys.com

Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W and all other students and parents similarly situated

## UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W. and all other students and parents similarly situated .<br><br>                    Plaintiffs,<br><br>          vs.<br><br>SOLANO COUNTY OFFICE OF EDUCATION (SCOE); Mary Ellen Haddock; Jay Speck; BENICIA UNIFIED SCHOOL DISTRICT (BUSD); Karla Buckley, Teacher; Sandra Perez, Class Room Aide; Shannon Ingersoll, Class Room Aide; Ruthie Garcia, Class Room Aide; AND DOES 1-100<br><br>                    Defendants. | **Case No.: 2:08-cv-00534 MCE-DAD**<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) (PURSUANT TO LOCAL RULE 16-271)** |

The parties hereby stipulate, by and through their undersigned counsel of record and agree to the following:

///

-1-
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)**

1       Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled
2  action to the Voluntary Dispute Resolution Program.  The Parties further agree and request that
3  Magistrate Judge Dale A. Drozd be assigned as the mediator in this case.

6  Dated: March 12, 2010                ANGELO, KILDAY & KILDUFF

                                                /s/ J. Scott Smith
                                        By:_____
                                            BRUCE A. KILDAY, SBN:066415
                                            J. SCOTT SMITH, SBN: 151163
                                            Attorneys for Defendants SOLANO
                                            COUNTY OFFICE OF EDUCATION
                                            (SCOE); Mary Ellen Haddock; Jay Speck

14 Dated: January 29, 2010              JOHNSON, SCHACHTER & LEWIS
                                        A Professional Law Corporation

                                                /s/ Robert H. Johnson
                                        By:_____
                                            ROBERT H. JOHNSON, SBN: 048067
                                            JOSHUA H.WILLERT, SBN: 232414
                                            Attorneys for Defendants KARLA
                                            BUCKLEY and SANDRA PEREZ

21 Dated: January 12, 2010              STUBBS & LEONE

                                                /s/ Katherine A. Alberts
                                        By:_____
                                            LOUIS A. LEONE, SBN: 099874
                                            CLAUDIA LEED, SBN: 122676
                                            KATHERINE A. ALBERTS, SBN:212825
                                            Attorneys for Defendant BENICIA
                                            UNIFIED SCHOOL DISTRICT

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)**

| | |
|---|---|
| Dated: January 11, 2010 | LAPLANTE, SPINELLI, DONALD & NOTT |

By: /s/ Domenic D. Spinelli
DOMENIC D. SPINELLI, SBN: 131192
STEPHANIE D. RICE, SBN: 248719
Attorneys for Defendants SHANNON INGERSOLL and RUTH GARCIA

| | |
|---|---|
| Dated: January 11, 2010 | LOUGHREY & ASSOCIATES |

By: /s/ Tamara L. Loughrey
TAMARA LOUGHREY, SBN 227001
JUSTIN ARNOLD, SBN 252030
Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and all other students and parents similarly situated

### **ORDER**

**IT IS SO ORDERED.**

Dated: March 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE