1  LOUGHREY & ASSOCIATES
   Tamara L. Loughrey, SBN 227001
2  Justin D. Arnold, SBN 252030
3  220 4th Street, Suite 103
   Oakland, CA  94607
4  Phone: (510) 891-1254
   Fax: (510) 891-1258
5  Email: tamara@spedattorneys.com

6

7  Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and
   M.W. by and through her guardians ad litem, L.W. and B.W
8

9  **UNITED STATES DISTRICT COURT,**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W. <br><br> Plaintiffs, <br><br> vs. <br><br> SOLANO COUNTY OFFICE OF EDUCATION (SCOE); Mary Ellen Haddock; Jay Speck; BENICIA UNIFIED SCHOOL DISTRICT (BUSD); Karla Buckley, Teacher; Sandra Perez, Class Room Aide; Shannon Ingersoll, Class Room Aide; Ruthie Garcia, Class Room Aide; AND DOES 1-100 <br><br> Defendants. | **Case No.: 2:08-cv-00534 MCE-DAD** <br><br> **AMENDED STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO THE COURT'S SETTLEMENT CONFERENCE PROGRAM** <br><br> **(PURSUANT TO LOCAL RULE 270)** |

Pursuant to Local Rule 270, the parties hereby stipulate, by and through their undersigned counsel of record and agree to remove the above-entitled action from the Voluntary Dispute Resolution Program and submit to the Court's Settlement Conference Program. The Parties further agree and request that Magistrate Judge Dale A. Drozd be assigned as the Settlement Judge in this case and waive any claim of disqualification to act as Judge or Magistrate Judge in the action.

Dated:  April 13, 2010                    ANGELO, KILDAY & KILDUFF

/s/ J. Scott Smith
By:_____
BRUCE A. KILDAY, SBN:066415
J. SCOTT SMITH, SBN: 151163
Attorneys for Defendants SOLANO
COUNTY OFFICE OF EDUCATION
(SCOE); Mary Ellen Haddock; Jay Speck

Dated:  April 13, 2010                    JOHNSON, SCHACHTER & LEWIS
A Professional Law Corporation

/s/ Robert H. Johnson
By:_____
ROBERT H. JOHNSON, SBN: 048067
JOSHUA H.WILLERT, SBN: 232414
Attorneys for Defendants KARLA
BUCKLEY and SANDRA PEREZ

Dated:  April 13, 2010                    STUBBS & LEONE

/s/ Katherine A. Alberts
By:_____
LOUIS A. LEONE, SBN: 099874
CLAUDIA LEED, SBN: 122676
KATHERINE A. ALBERTS, SBN:212825
Attorneys for Defendant BENICIA
UNIFIED SCHOOL DISTRICT

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: April 13, 2010 | LAPLANTE, SPINELLI, DONALD & NOTT |

Dated:  April 13, 2010

LAPLANTE, SPINELLI, DONALD & NOTT

/s/ Domenic D. Spinelli
By:_____
DOMENIC D. SPINELLI, SBN: 131192
STEPHANIE D. RICE, SBN: 248719
Attorneys for Defendants SHANNON INGERSOLL and RUTH GARCIA

Dated:  April 13, 2010

LOUGHREY & ASSOCIATES

/s/ Tamara L. Loughrey
By:_____
TAMARA LOUGHREY, SBN 227001
JUSTIN ARNOLD, SBN 252030
Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W.; and all other students and parents similarly situated

**ORDER**

**IT IS SO ORDERED.**

Dated: April 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO THE COURT'S SETTLEMENT CONFERENCE PROGRAM