BRUCE A. KILDAY, ESQ., SBN 066415
AMIE MCTAVISH, ESQ., SBN 242372
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants SOLANO COUNTY OFFICE OF EDUCATION, JAY SPECK, and MARY ELLEN HADDOCK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| D.K., etc., et al. | ) | Case No.: 2:08-CV-00534 MCE-DAD |
| | ) | |
| Plaintiffs, | ) | **JOINT REQUEST FOR SETTING** |
| | ) | **SETTLEMENT CONFERENCE AND** |
| vs. | ) | **ORDER** |
| | ) | |
| SOLANO COUNTY OFFICE OF EDUCATION | ) | |
| (SCOE), MARY ELLEN HADDOCK, JAY | ) | |
| SPECK; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Parties hereto, through their respective attorneys, hereby request the scheduling of a settlement conference and ask that this matter be heard before Magistrate Dale A. Drozd on August 11, 2011 at 10:00 a.m.

Respectfully submitted,

Dated:  June 13, 2011                LOUGHREY & ASSOCIATES

*/s/ Tamara L. Loughrey*
By:_____
TAMARA L. LOUGHREY
Attorneys for Plaintiffs

1

2  Dated: June 13, 2011

3

4

5

6

7

8

9  Dated: June 13, 2011

10

11

12

13

14  Dated: June 15, 2011

15

16

17

18

19  Dated: June 15, 2011

20

21

22

23

24  Dated: June 15, 2011

25

26

27

28

ANGELO, KILDAY & KILDUFF

*/s/ Amie McTavish*

By:_____
   BRUCE A. KILDAY
   AMIE McTAVISH
   Attorneys for Defendants SOLANO
   COUNTY OFFICE OF EDUCATION,
   JAY SPECK, and MARY ELLEN
   HADDOCK

JOHNSON, SCHACHTER & LEWIS

*/s/ Robert H. Johnson*

By:_____
   ROBERT H. JOHNSON
   Attorneys for Defendants KARLA
   BUCKLEY and SANDRA PEREZ

STUBBS & LEONE

*/s/ Claudia Leed*

By:_____
   CLAUDIA LEED
   Attorneys for BENICIA UNIFIED
   SCHOOL DISTRICT

SPINELLI, DONALD & NOTT, P.C.

*/s/ Stephanie Rice*

By:_____
   DOMENIC D. SPINELLI
   STEPHANIE RICE
   Attorneys for Defendants SHANNON
   INGERSOLL and RUTH GARCIA

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

*/s/ Oscar A. Pardo*

By:_____
   OSCAR A. PARDO
   Attorneys for Third Party Defendant
   MAXIM HEALTHCARE SERVICES,
   INC.

## **ORDER**

In light of the parties' request for a further settlement conference (Doc. No. 127), a further Settlement Conference is set for August 11, 2011 at 10:00 AM in Courtroom 27 before the undersigned.   The parties are directed to submit supplemental confidential settlement conference statements on or before August 4, 2011, to the following email address: dadorders@caed.uscourts.gov.   Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement.  See Local Rule 270(d).  All parties are required to have principals present at the settlement conference.

IT IS SO ORDERED.

Dated: June 15, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\dk-solano0534.ord.furthsettlconf

3
JOINT REQUEST FOR SETTING SETTLEMENT CONFERENCE AND ORDER