UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K. BY AND THROUGH HIS CONSERVATOR G.J., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOLANO COUNTY OFFICE OF EDUCATION,<br><br>    Defendant.<br>_____/ | No. 2:08-cv-00534-MCE-DAD<br><br>ORDER CONTINUING TRIAL |

    YOU ARE HEREBY NOTIFIED the August 20, 2012 jury trial is vacated and continued to **September 17, 2012,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **June 28, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the June 21, 2012 Final Pretrial Conference is vacated and continued to **July 12, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **June 21, 2012,** and shall comply with the procedures outlined in the Court's December 11, 2009, Pretrial Scheduling Order.

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **June 21, 2012**. Oppositions must be filed by **June 28, 2012**, and any reply must be filed by **July 5, 2012**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE