LOUGHREY & ASSOCIATES
TAMARA LOUGHREY, ESQ., SBN: 227001
ROBERT L. WOELFEL, ESQ. SBN: 250343
21 Orinda Way, Suite C #307
Orinda, CA 94563
Phone: 925.253.1693
Fax:  925.253.9693
Email: tamara@spedattorneys.com;woelfellaw@gmail.com

Attorneys for Plaintiffs D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W and all other students and parents similarly situated

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.K. et al. | Case No.: 2:08-cv-00534 MCE-DAD |
| Plaintiffs, | **REQUEST TO EXTEND THE DEADLINE TO FILE THE MINOR'S COMPROMISE – COURT APPROVAL OF SETTLEMENT AND ORDER** |
| vs. | |
| SOLANO COUNTY OFFICE OF EDUCATION (SCOE); Mary Ellen Haddock; Jay Speck; BENICIA UNIFIED SCHOOL DISTRICT (BUSD); Karla Buckley, Teacher; Sandra Perez, Classroom Aide; Shannon Ingersoll, Classroom Aide; Ruthie Garcia, Classroom Aide; AND DOES 1-100. | |
| Defendants. | |

Plaintiffs counsel files this request to extend the deadline[1] to file the minor's compromise-court approval of settlement due to unexpected delays in finalizing the terms of the settlement agreement.  The parties have now agreed to the terms and all parties are seeking signatures at this time. Plaintiffs counsel expects to have a fully executed agreement no later than Monday, November 28, 2011.

-1-
REQUEST TO EXTEND DATE TO FILE MINOR'S COMPROMISE-COURT APPROVAL OF SETTLEMENT

Plaintiffs counsel requests that the date to file the minor's compromise-court approval of settlement be extended to Friday, December 2, 2011 to allow her time finalize the motion and accompanying documents. Additionally, Ms. Loughrey requires the extra time because she has several doctor appointments and treatments scheduled at UCSF between November 28 and December 2, 2011.

RESPECTFULLY REQUESTED,

LOUGHREY & ASSOCIATES

Date: Nov. 22, 2011          /s/Tamara Loughrey
                             Tamara Loughrey
                             Robert Woelfel
                             Attorneys for Plaintiffs

## ORDER

Good cause appearing, the request to extend the deadline to file the minor's compromise-court approval of the settlement agreement is hereby extended to December 2, 2011.

It is so ordered.

Dated: November 28, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\dk-solano0534.eot

---

[1] The date agreed to at the settlement conference was November 11, 2011. Plaintiffs counsel apologizes for not filing this request earlier but she was very ill between November 9 and 20 due to a new chemotherapy treatment and was not able to do any work during this time period.