TAMARA L. LOUGHREY, Bar No. 227001
ROBERT WOELFEL, Bar No. 250343
Loughrey & Associates
21 - C Orinda Way, #307
Orinda, CA 94563
925.253.1693 Phone
925.253.9693 Fax

Attorney for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.K. by and through his conservator, G.M.; and G.M. individually; and M.W. by and through her guardians ad litem, L.W. and B.W. and all other students and parents similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SOLANO COUNTY OFFICE OF EDUCATION (SCOE); Mary Ellen Haddock; Jay Speck; BENICIA UNIFIED SCHOOL DISTRICT (BUSD); Karla Buckley, Teacher; Sandra Perez, Class Room Aide; Shannon Ingersoll, Class Room Aide; Ruthie Garcia, Class Room Aide; AND DOES 1-100.<br><br>Defendants. | **Case No. 2:08-CV-00534-MCE-DAD**<br><br>**ORDER APPROVING PROPOSED SETTLEMENT AND RELEASE OF ALL CLAIMS ON BEHALF OF INCOMPETENTS**<br><br>**Date:**<br>**Time:**<br>**Courtroom:**<br>**Judge: Morrison C. England** |

//

//

//

//

1

Order Approving Proposed Incompetent's Settlement

ORDER

Good cause appearing, the Court grants the request for approval of settlement on behalf of incompetents as follows:

1. The total sum of $450,000 dollars in total for Plaintiffs and their counsel, payable by each defendant (SCOE $312,500; BUSD $75,000; Maxim $62,500) to Loughrey & Associates Attorney Client Trust Account is approved;

2. Plaintiff D.K. shall receive a check for $200,000 payable to G. M. as Trustee of his Special Needs Trust;

3. Plaintiff M.W. shall receive a check for $200,000 payable to R.W. and L.W. as Trustees of her Special Needs Trust; and

4. Loughrey & Associates shall receive a check in the amount of $50,000 to cover attorneys fees incurred in the case.

IT IS SO ORDERED.

Dated:  December 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE